1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
8                       AT TACOMA

9    KEVIN COE,                                CASE NO. C13-6088 RJB-JRC

10                      Petitioner,            ORDER ADOPTING REPORT AND
                                               RECOMMENDATION AND
11          v.                                 DENYING APPLICATION TO
                                               PROCEED IN FORMA PAUPERIS
12   MARK STRONG,

13                      Respondent.

14

15        This matter comes before the court on the Report and Recommendation to Deny In

16   Forma Pauperis Status.  Dkt. 3.  The court has considered the relevant documents and the

17   remainder of the record herein.

18        On December 26, 2013 petitioner, a resident at the Special Commitment Center (SCC),

19   filed an application to proceed in forma pauperis.  Dkt. 1.  On December 30, 2013, United States

20   Magistrate Judge J. Richard Creatura issued a Report and Recommendation, recommending that

21   the Court deny the application to proceed in forma pauperis because petitioner has sufficient

22   funds to pay the $5 filing fee in this case.  Dkt. 3.  Petitioner's application shows that he receives

23   approximately $254.17 every month into his SCC account.  Dkt. 1.

24
     ORDER ADOPTING REPORT AND
     RECOMMENDATION AND DENYING
     APPLICATION TO PROCEED IN FORMA
     PAUPERIS- 1

1                     <u>DISCUSSION AND CONCLUSION</u>

2        The district court may permit indigent litigants to proceed *in forma pauperis* upon

3 completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has

4 broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314

5 F.2d 598 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).

6        It appears that the petitioner has the cash and bank account funds to pay the $5 filing fee

7 in this case. Petitioner has made a choice to file this civil action. While the costs of this action

8 may place a burden on his resources, petitioner appears to have sufficient funds to avail himself

9 of his legal remedies by filing this action. Accordingly, the court should adopt the Report and

10 Recommendation and deny petitioner's motion to proceed *in forma pauperis*. Before the court

11 dismisses this case, however, petitioner should have the opportunity to pay the filing fee.

12        Therefore, it is hereby **ORDERED** that the Report and Recommendation to IFP

13 Application (Dkt. 3) is **ADOPTED**. Petitioner's application to Proceed In Forma Pauperis (Dkt.

14 1) is **DENIED**. If petitioner desires to proceed with this civil action, he shall pay the $5 filing

15 fee to the Court Clerk, not later than February 12, 2014. If petitioner fails to timely submit the

16 filing fee, the Clerk is directed to dismiss this case without prejudice. The Clerk is directed to

17 send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at

18 said party's last known address.

19        Dated this 22nd day of January, 2014.

20

21

                   _____

22                    ROBERT J. BRYAN
                   United States District Judge

23

24
ORDER ADOPTING REPORT AND
RECOMMENDATION AND DENYING
APPLICATION TO PROCEED IN FORMA
PAUPERIS- 2