UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN COE,<br><br>            Petitioner,<br><br>     v.<br><br>MARK STRONG,<br><br>            Respondent. | CASE NO. C13-6088 RJB-JRC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE A LATE ANSWER |

The District Court referred this petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, to United States Magistrate Judge J. Richard Creatura. The authority for the referral is found in 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Respondent filed a motion asking for addition time to file the answer (Dkt. 11). Respondent subsequently filed his answer and the matter is noted as ripe for review on May 30, 2014 (Dkt. 13 and 14). The Court grants respondent's motion and accepts the answer.

Dated this 14th day of May.

_____
J. Richard Creatura
United States Magistrate Judge