UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN COE,<br><br>             Petitioner,<br><br>   v.<br><br>MARK STRONG.<br><br>             Respondent. | CASE NO. C13-6088 RJB-JRC<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed the Report and Recommendation of the Hon. J. Richard Creatura and the remaining record, and not having received any objection from Petitioner, does hereby find and **Order**:

(1)     The Court adopts the Report and Recommendation (Dkt. 17);

(2)     The Court denies the petition (Dkt. 6). Petitioner fails to show that the state court violated clearly established federal or constitutional law.

DATED this 11th day of September, 2014.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge